**Dismissed and Opinion Filed August 7, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00263-CV

### IN RE CARLOS VAUGHN

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-14732**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Francis, and Justice Stoddart
Opinion by Chief Justice Wright

Carlos Vaughn's brief was due July 6, 2017. By postcard dated July 13, 2017, we notified Vaughn his brief was overdue and directed him to file a brief and an extension motion within ten days. We cautioned Vaughn that the failure to file his brief by the time specified would result in the dismissal of this appeal. To date, Vaughn has failed to file a brief, and we have had no communication from him.

Therefore, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

170263F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN RE CARLOS VAUGHN

No. 05-17-00263-CV

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-14732.
Opinion delivered by Chief Justice Wright,
Justices Francis and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered August 7, 2017.